Form ntcdsm13

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

Case No.: 23−41356−BDL
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Natalie Kay Sutey
18209 28th St E
Lake Tapps, WA 98391

Social Security / Individual Taxpayer ID No.:
xxx−xx−8956

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

Notice is hereby given of the following order of the court entered on September 22, 2023:

**Ex Parte ORDER Dismissing Case for Failure to Appear at Meeting of Creditors. This matter comes before the Court on the Chapter 13 Trustee's Ex Parte Application for Order Dismissing Case for Failure to Appear and Submit to Examination at Meeting of Creditors. The debtor(s) having received notice of dismissal for failure to appear at the meeting of creditors, this case is dismissed pursuant to Local Bankruptcy Rule 1017−1(e) for the debtor(s)'s failure to attend the Sec. 341 meeting of creditors. Hereby ordered by Judge Brian D Lynch. This Notice of Electronic Filing is the Official ORDER for this entry.**

Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: September 22, 2023

                                                  Gina Zadra Walton
                                                  Clerk, U.S. Bankruptcy Court